IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| In re: | Bankruptcy No. 25-20290-CMB |
|---|---|
| ROBERT L. MAKOWSKI, JR.<br>LISA M. MAKOWSKI<br><br>Debtor(s) | Chapter 13 |

NOTICE OF ENTRY OF APPEARANCE ON BEHALF OF
DUQUESNE LIGHT COMPANY

TO THE CLERK, U.S. BANKRUPTCY COURT:

Kindly enter my appearance on behalf of Creditor, Duquesne Light Company, in the above-captioned matter, and add my name to the mailing matrix to receive notices of all matters in this case.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

Attorney for Creditor,
Duquesne Light Company

Dated: February 7, 2025