**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No. 25-20290-CMB |
| Robert L. Makowski. Jr. | : | Chapter 13 |
| Lisa M. Makowski, | : | |
| *Debtors* | : | |
| | : | Related to Doc. #4 |
| | : | |
| Robert L. Makowski. Jr. | : | |
| Lisa M. Makowski, | : | |
| *Movants* | : | |
| | : | |
| vs. | : | (Prior Ch. 13 bankruptcy case filed at |
| | : | docket number 23-22035 CMB, dismissed by |
| Borough of Mt. Oliver, Citizens Bank, City & School | : | Order of Court dated January 17, 2025) |
| District of Pittsburgh, Clearview FCU, Mr. Cooper/ | : | |
| Nationstar, Peters Township, Wilmington Savings Fund, | : | |
| American Express National Bank, Bank of America, | : | |
| Edfinancial Services, LVNV Funding/Resurgent Capital | : | |
| Services, Peoples Natural Gas Company, PNC Bank, US | : | |
| Dept. of Education, and Ronda Winnecour, Trustee, | : | |
| *Respondents* | : | |

## ORDER OF COURT

AND NOW, to wit, this ____27th____ day of __February__, 2025, it is hereby Ordered, Adjudged, and Decreed that the Automatic Stay in the case of Robert and Lisa Makowski is hereby EXTENDED beyond 30 days and shall continue in full force and effect until further Order of Court or dismissal of this case.

_____sjk_____
U.S. Bankruptcy Judge
Jeffery A. Deller

FILED
2/27/25 2:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

1

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert L. Makowski, Jr.  
Lisa M. Makowski  
    Debtors

Case No. 25-20290-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Feb 27, 2025      Form ID: pdf900      Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Makowski, Jr., Lisa M. Makowski, 496 Venetia Road, Venetia, PA 15367-1331 |
| cr | + | Jefferson Hills Borough, c/o Maiello Brungo & Maiello LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Feb 28 2025 01:22:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: RASEBN@raslg.com | Feb 28 2025 01:21:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 16491339 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2025 00:31:02 | American Express National Bank, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 16491340 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2025 01:21:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 16491341 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 28 2025 01:21:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16491342 | ^ | MEBN | Feb 28 2025 00:03:32 | Borough of Mount Oliver, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 16492567 | ^ | MEBN | Feb 28 2025 00:02:22 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16491343 | ^ | MEBN | Feb 28 2025 00:02:23 | Citizens Bank, NA, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16491344 | ^ | MEBN | Feb 28 2025 00:03:33 | City & School District of Pittsburgh, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 16491345 | + | Email/Text: bankruptcy@clearviewfcu.org | Feb 28 2025 01:22:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 16491346 | + | Email/Text: EBN@edfinancial.com | Feb 28 2025 01:21:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16491347 | + | Email/PDF: resurgentbknotifications@resurgent.com | Feb 28 2025 02:56:42 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 16491349 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 28 2025 01:22:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 16491350 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 21 |

|  |  |  | Feb 28 2025 01:22:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
|---|---|---|---|---|
| 16491353 |  | Email/Text: Bankruptcy.Notices@pnc.com | Feb 28 2025 01:21:00 | PNC Bank, Bankruptcy Dept., PO Box 94982, Cleveland, OH 44101 |
| 16491351 | ^ | MEBN | Feb 28 2025 00:02:40 | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 16491352 | ^ | MEBN | Feb 28 2025 00:03:34 | Peters Township, c/o Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 16491354 | + | Email/Text: EBN@edfinancial.com | Feb 28 2025 01:21:00 | US Dept. of Education, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16491355 |  | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 28 2025 01:23:00 | Wilmington Savings Fund, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | MetLife Securitization Trust 2017-1, Wilmington Sa |
| cr | *+ | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16491348 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 01, 2025          Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor MetLife Securitization Trust 2017-1  Wilmington Savings Fund Society, FSB as Indenture Trustee blemon@kmllawgroup.com, lemondropper75@hotmail.com |
| Jennifer L. Cerce | on behalf of Creditor Jefferson Hills Borough jlc@mbm-law.net |
| Kenneth Steidl | on behalf of Joint Debtor Lisa M. Makowski julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Robert L. Makowski  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Feb 27, 2025 | Form ID: pdf900 | Total Noticed: 21 |

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mary F. Kennedy
    on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9