**Form 224**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Robert L. Makowski Jr.**
**Lisa M. Makowski**
   Debtor(s)

Bankruptcy Case No.: 25−20290−CMB

Chapter: 13
Docket No.: 28 − 25

## CERTIFICATION

The undersigned Clerk of the above−entitled Court certifies that:

The above−captioned case was filed on **February 5, 2025** without all documentation necessary to complete the filing. The Clerk notified the Debtor(s)' attorney, or Debtors(s) if not represented by an attorney, that the deadline for filing the required schedules, statements and/or other documents was **March 2, 2025** and failure to meet that deadline would result in the dismissal of the case.

As of **April 3, 2025,** the above deadline has passed and some or all of the required documents have not been filed with the Clerk.

Michael R. Rhodes
Clerk

## ORDER

**IT IS HEREBY ORDERED** that the above−captioned case is **DISMISSED WITHOUT PREJUDICE,** based on the foregoing *Certification* and pursuant to *Fed.R.Bankr.P. 1007* and *Amended General Order #1991−1* of the Court.

Each *Income Attachment* issued in the case is now **TERMINATED.**

Debtor(s) must immediately serve a copy of this *Order* on each employer/entity subject to an *Attachment Order,* so that each such employer/entity knows to stop the attachment.

Creditor collection remedies are **REINSTATED** pursuant to *11 U.S.C. §349,* and creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this *Order.*

Debtor(s) remain legally liable for all of their debts as if the bankruptcy *Petition* had not been filed.

Dated: April 3, 2025

Carlota M Bohm
United States Bankruptcy Judge

cm: All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 25-20290-CMB
Robert L. Makowski, Jr.     Chapter 13
Lisa M. Makowski
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Apr 03, 2025     Form ID: 224     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Makowski, Jr., Lisa M. Makowski, 496 Venetia Road, Venetia, PA 15367-1331 |
| cr | + | Jefferson Hills Borough, c/o Maiello Brungo & Maiello LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: jdryer@bernsteinlaw.com | Apr 04 2025 01:05:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Email/Text: RASEBN@raslg.com | Apr 04 2025 01:05:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 16491339 | | Email/PDF: bncnotices@becket-lee.com | Apr 04 2025 01:16:21 | American Express National Bank, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 16491340 | + | EDI: BANKAMER | Apr 04 2025 05:04:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 16491341 | + | EDI: BANKAMER | Apr 04 2025 05:04:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16491342 | ^ | MEBN | Apr 04 2025 01:04:59 | Borough of Mount Oliver, c/o Jordan Tax Service, Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 16492567 | ^ | MEBN | Apr 04 2025 01:04:31 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16491343 | ^ | MEBN | Apr 04 2025 01:04:30 | Citizens Bank, NA, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16491344 | ^ | MEBN | Apr 04 2025 01:05:00 | City & School District of Pittsburgh, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 16491345 | + | Email/Text: bankruptcy@clearviewfcu.org | Apr 04 2025 01:05:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 16491346 | + | Email/Text: EBN@edfinancial.com | Apr 04 2025 01:05:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16514023 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 04 2025 01:05:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 16514724 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:16:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16491347 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 04 2025 01:16:17 | LVNV Funding/Resurgent Capital, Attn: |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 03, 2025 | Form ID: 224 | Total Noticed: 24 |

| Recip ID | Bypass/Notice | Method | Date | Name and Address |
|---|---|---|---|---|
| | | | | Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 16491349 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 04 2025 01:05:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 16491350 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 04 2025 01:05:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 16491353 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 04 2025 01:05:00 | PNC Bank, Bankruptcy Dept., PO Box 94982, Cleveland, OH 44101 |
| 16491351 | ^ | MEBN | Apr 04 2025 01:04:45 | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 16491352 | ^ | MEBN | Apr 04 2025 01:05:01 | Peters Township, c/o Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 16491354 | + | Email/Text: EBN@edfinancial.com | Apr 04 2025 01:05:00 | US Dept. of Education, 120 N. Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16518126 | | EDI: AIS.COM | Apr 04 2025 05:04:00 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16491355 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Apr 04 2025 01:05:00 | Wilmington Savings Fund, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 22

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MetLife Securitization Trust 2017-1, Wilmington Sa |
| cr | *+ | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16508295 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16491348 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

**Name**                  **Email Address**

Denise Carlon
                          on behalf of Creditor MetLife Securitization Trust 2017-1 Wilmington Savings Fund Society, FSB as Indenture Trustee dcarlon@kmllawgroup.com

Jennifer L. Cerce
                          on behalf of Creditor Jefferson Hills Borough jlc@mbm-law.net

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 03, 2025 | Form ID: 224 | Total Noticed: 24 |

Kenneth Steidl
    on behalf of Joint Debtor Lisa M. Makowski julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Kenneth Steidl
    on behalf of Debtor Robert L. Makowski Jr. julie.steidl@steidl-steinberg.com,
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Mary F. Kennedy
    on behalf of Creditor Citizens Bank N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 9