**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| IN RE: | CASE NO.: 25-20290 |
| | CHAPTER 13 |
| Robert L. Makowski, Jr., | |
|    Debtor. | |
| | |
| Lisa M. Makowski, | |
|    Joint Debtor. | |

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of MetLife Securitization Trust 2017-1, Wilmington Savings Fund Society, FSB as Indenture Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                          Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                          Attorney for Secured Creditor
                                          130 Clinton Rd #202
                                          Fairfield, NJ 07004
                                          Telephone: 470-321-7112
                                          Facsimile: 404-393-1425

                                          By: _/s/Robert Shearer_
                                              Robert Shearer, Esquire
                                              Pennsylvania Bar No. 83745
                                              Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 12, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

ROBERT L. MAKOWSKI, JR.
496 VENETIA ROAD
VENETIA, PA 15367

LISA M. MAKOWSKI
496 VENETIA ROAD
VENETIA, PA 15367

And via electronic mail to:

STEIDL & STEINBERG
SUITE 2830 GULF TOWER
707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE
 SUITE 1316
PITTSBURGH, PA 15222

By: /s/ Journie Morosky