**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25−20290−CMB**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):

| | |
|---|---|
| Robert L. Makowski Jr. | Lisa M. Makowski |
| 496 Venetia Road | 496 Venetia Road |
| Venetia, PA 15367 | Venetia, PA 15367 |

Social Security No.:
xxx−xx−3096                          xxx−xx−0128

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Kenneth Steidl | Ronda J. Winnecour |
| Steidl & Steinberg | Suite 3250, USX Tower |
| Suite 2830 Gulf Tower | 600 Grant Street |
| 707 Grant Street | Pittsburgh, PA 15219 |
| Pittsburgh, PA 15219 | Telephone number:  412−471−5566 |
| Telephone number:  412−391−8000 | |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| September 8, 2025 | September 8, 2025 |
| 10:00 AM | 10:00 AM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1−412−532−8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/24/25

BY THE COURT

Carlota M Bohm
Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                              Case No. 25-20290-CMB

Robert L. Makowski, Jr.                                                              Chapter 13

Lisa M. Makowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2                        User: auto                                    Page 1 of 4

Date Rcvd: Jun 24, 2025                Form ID: rsc13                          Total Noticed: 39

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert L. Makowski, Jr., Lisa M. Makowski, 496 Venetia Road, Venetia, PA 15367-1331 |
| cr | + | MetLife Securitization Trust 2017-1, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Peters Township, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 16520634 | + | Jefferson Hills Borough, c/o Maiello Brungo & Maiello, LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 25 2025 00:13:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 25 2025 00:13:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 25 2025 00:12:00 | Borough of Mount Oliver, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 25 2025 00:12:00 | City of Pittsburgh School District, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 25 2025 00:12:00 | County of Allegheny, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jun 25 2025 00:12:00 | Pittsburgh Water and Sewage Authority, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 25 2025 00:12:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 16491339 | | Email/PDF: bncnotices@becket-lee.com | Jun 25 2025 00:21:28 | American Express National Bank, c/o Becket & Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 16491340 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 25 2025 00:12:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 16491341 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 25 2025 00:12:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 16491342 | ^ | MEBN | Jun 25 2025 00:04:49 | Borough of Mount Oliver, c/o Jordan Tax Service, |

District/off: 0315-2                                    User: auto                                    Page 2 of 4

Date Rcvd: Jun 24, 2025                              Form ID: rsc13                              Total Noticed: 39

| | | | |
|---|---|---|---|
| | | | Inc., 102 Rahway Road, McMurray, PA 15317-3349 |
| 16543621 | + Email/Text: ebnjts@grblaw.com | Jun 25 2025 00:12:00 | Brough of Mount Oliver, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16492567 | ^ MEBN | Jun 25 2025 00:04:31 | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16491343 | ^ MEBN | Jun 25 2025 00:04:31 | Citizens Bank, NA, 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| 16491344 | ^ MEBN | Jun 25 2025 00:04:49 | City & School District of Pittsburgh, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 16543635 | + Email/Text: ebnjts@grblaw.com | Jun 25 2025 00:12:00 | City of Pittsburgh School District, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16491345 | + Email/Text: bankruptcy@clearviewfcu.org | Jun 25 2025 00:13:00 | Clearview FCU, 8805 University Blvd, Moon Township, PA 15108-4212 |
| 16543636 | + Email/Text: ebnjts@grblaw.com | Jun 25 2025 00:12:00 | County of Allegheny, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16521332 | + Email/Text: jdryer@bernsteinlaw.com | Jun 25 2025 00:12:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16491346 | + Email/Text: EBN@edfinancial.com | Jun 25 2025 00:12:00 | Edfinancial Services L, 120 N Seven Oaks Drive, Knoxville, TN 37922-2359 |
| 16514023 | + Email/Text: key_bankruptcy_ebnc@keybank.com | Jun 25 2025 00:13:00 | KeyBank N.A., 4910 Tiedeman Road, Brooklyn, OH 44144-2338 |
| 16514724 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 00:21:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16491347 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 00:21:26 | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 16532815 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jun 25 2025 00:13:00 | MetLife Securitization Trust 2017-1, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 16491349 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 25 2025 00:12:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 16491350 | + Email/Text: nsm_bk_notices@mrcooper.com | Jun 25 2025 00:12:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 16518773 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2025 00:12:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 16491353 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2025 00:12:00 | PNC Bank, Bankruptcy Dept., PO Box 94982, Cleveland, OH 44101 |
| 16491351 | ^ MEBN | Jun 25 2025 00:04:43 | Peoples Natural Gas Company, PO Box 644760, Pittsburgh, PA 15264-4760 |
| 16491352 | ^ MEBN | Jun 25 2025 00:04:50 | Peters Township, c/o Jordan Tax Service, Inc., 102 Rahway Road, Canonsburg, PA 15317-3349 |
| 16543633 | + Email/Text: ebnjts@grblaw.com | Jun 25 2025 00:12:00 | Peters Township, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16543151 | + Email/Text: ebnpwsa@grblaw.com | Jun 25 2025 00:12:00 | Pittsburgh Water and Sewage Authority, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16491354 | + Email/Text: EBN@edfinancial.com | Jun 25 2025 00:12:00 | US Dept. of Education, 120 N. Seven Oaks Drive, |

District/off: 0315-2                         User: auto                                    Page 3 of 4
Date Rcvd: Jun 24, 2025                      Form ID: rsc13                                 Total Noticed: 39

|  |  | Knoxville, TN 37922-2359 |
|---|---|---|
| 16518126 | Email/PDF: ebn_ais@aisinfo.com | |
| | Jun 25 2025 00:21:36 | Verizon, by AIS InfoSource LP as agent, PO Box 4457, Houston, TX 77210-4457 |
| 16491355 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | |
| | Jun 25 2025 00:13:00 | Wilmington Savings Fund, c/o Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | MetLife Securitization Trust 2017-1, Wilmington Sa |
| cr | *+ | Citizens Bank, N.A., 10561 Telegraph Road, Glen Allen, VA 23059-4577 |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | *+ | Jefferson Hills Borough, c/o Maiello Brungo & Maiello LLP, 100 Purity Road, Suite 3, Pittsburgh, PA 15235-4441 |
| 16508295 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16491348 | *+ | LVNV Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |

TOTAL: 1 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2025                    Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor MetLife Securitization Trust 2017-1  Wilmington Savings Fund Society, FSB as Indenture Trustee dcarlon@kmllawgroup.com |
| Jennifer L. Cerce | |
| | on behalf of Creditor Jefferson Hills Borough jlc@mbm-law.net |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Lisa M. Makowski julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Debtor Robert L. Makowski  Jr. julie.steidl@steidl-steinberg.com, ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;bwilhelm@steidl-steinberg.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mary F. Kennedy | |
| | on behalf of Creditor Citizens Bank  N.A. mary@javardianlaw.com, tami@javardianlaw.com;angie.harrigan@javardianlaw.com |

District/off: 0315-2 | User: auto | Page 4 of 4
Date Rcvd: Jun 24, 2025 | Form ID: rsc13 | Total Noticed: 39

Matthew Fissel
on behalf of Creditor MetLife Securitization Trust 2017-1  Wilmington Savings Fund Society, FSB as Indenture Trustee
bkgroup@kmllawgroup.com, wbecf@brockandscott.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Richard Monti
on behalf of Creditor Pittsburgh Water and Sewage Authority rmonti@grblaw.com

Richard Monti
on behalf of Creditor City of Pittsburgh School District rmonti@grblaw.com

Richard Monti
on behalf of Creditor County of Allegheny rmonti@grblaw.com

Richard Monti
on behalf of Creditor Peters Township rmonti@grblaw.com

Richard Monti
on behalf of Creditor Borough of Mount Oliver rmonti@grblaw.com

Robert Shearer
on behalf of Creditor MetLife Securitization Trust 2017-1 rshearer@raslg.com

Robert Shearer
on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 16