UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:  CASE NO.: 25-20290
CHAPTER 13

Robert L. Makowski, Jr.,
   Debtor.

Lisa M. Makowski,
   Joint Debtor.

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of "Select Portfolio Servicing, Inc.", ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Robert Shearer, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: _/s/Robert Shearer_
   Robert Shearer, Esquire
   Pennsylvania Bar No. 83745
   Email: rshearer@raslg.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on September 4, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:


ROBERT L. MAKOWSKI, JR.
496 VENETIA ROAD
VENETIA, PA 15367

LISA M. MAKOWSKI
496 VENETIA ROAD
VENETIA, PA 15367

And via electronic mail to:

STEIDL & STEINBERG
SUITE 2830 GULF TOWER,707 GRANT STREET
PITTSBURGH, PA 15219

STEIDL & STEINBERG
SUITE 2830 GULF TOWER,707 GRANT STREET
PITTSBURGH, PA 15219

RONDA J. WINNECOUR
SUITE 3250, USX TOWER,600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE,SUITE 1316
PITTSBURGH, PA 15222

                                           By: /s/ Angela Gill