**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT L. MAKOWSKI, JR.<br>LISA M. MAKOWSKI<br>    Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:25-20290<br><br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/05/2025 and confirmed on 09/10/2025 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 6,600.00 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 6,595.00 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 665.03 | |
|     Trustee Fee | 396.00 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,061.03 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   SELECT PORTFOLIO SERVICING INC(*)<br>    Acct: 9035 | 0.00 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - OWNER TRUSTEE F<br>    Acct: 1224 | 0.00 | 1,255.81 | 0.00 | 1,255.81 |
|   METLIFE SECURITIZATION TRUST 2017-1<br>    Acct: 3434 | 0.00 | 3,839.72 | 0.00 | 3,839.72 |
|   SELECT PORTFOLIO SERVICING INC(*)<br>    Acct: 9305 | 0.00 | 0.00 | 0.00 | 0.00 |
|   METLIFE SECURITIZATION TRUST 2017-1<br>    Acct: 3434 | 58,703.09 | 0.00 | 0.00 | 0.00 |
|   US BANK TRUST NA - OWNER TRUSTEE F<br>    Acct: 1224 | 10,548.27 | 0.00 | 0.00 | 0.00 |
|   BANK OF AMERICA<br>    Acct: 6422 | 26,925.85 | 0.00 | 0.00 | 0.00 |
|   MT OLIVER BORO (SWG)<br>    Acct: L258 | 908.90 | 0.00 | 0.00 | 0.00 |
|   PITTSBURGH SD (CITY OF PGH) (RE)*<br>    Acct: M141 | 0.00 | 0.00 | 0.00 | 0.00 |

| 25-20290 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| DOUGLAS AND DENISE HIGGINS<br>Acct: | 20,175.00 | 0.00 | 0.00 | 0.00 |
| PETERS TOWNSHIP (TRASH)<br>Acct: 0400 | 200.00 | 0.00 | 0.00 | 0.00 |
| WASHINGTON COUNTY COURT OF COMM<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON HILLS BOROUGH (RE)<br>Acct: T754 | 0.00 | 0.00 | 0.00 | 0.00 |
| JEFFERSON HILLS BOROUGH (RE)<br>Acct: T754 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORI<br>Acct: M140 | 0.00 | 0.00 | 0.00 | 0.00 |
| MT OLIVER BORO (SWG)<br>Acct: L258 | 525.21 | 0.00 | 0.00 | 0.00 |
| PETERS TOWNSHIP (TRASH)<br>Acct: 0400 | 8.75 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH SD (CITY OF PGH) (RE)*<br>Acct: M141 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH SD (CITY OF PGH) (RE)*<br>Acct: L258 | 758.50 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH SD (CITY OF PGH) (RE)*<br>Acct: L258 | 37.93 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: T754 | 0.00 | 0.00 | 0.00 | 0.00 |
| COUNTY OF ALLEGHENY (RE TAX)*<br>Acct: T754 | 0.00 | 0.00 | 0.00 | 0.00 |
| MT OLIVER BOROUGH (TRASH)**<br>Acct: L258 | 395.50 | 0.00 | 0.00 | 0.00 |
| MT OLIVER BOROUGH (TRASH)**<br>Acct: L258 | 156.73 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU**<br>Acct: 2009 | 8,525.97 | 126.39 | 312.05 | 438.44 |
| | | | | 5,533.97 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT L. MAKOWSKI, JR.<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT L. MAKOWSKI, JR.<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| STEIDL & STEINBERG PC<br>Acct: | 3,000.00 | 665.03 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION<br>Acct: 0128 | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN EXPRESS NATIONAL BANK<br>Acct: 3005 | 1,100.32 | 0.00 | 0.00 | 0.00 |
| KEYBANK NA**<br>Acct: 0001 | 53,836.53 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 0615 | 7,382.02 | 0.00 | 0.00 | 0.00 |
| LVNV FUNDING LLC<br>Acct: 6910 | 4,513.14 | 0.00 | 0.00 | 0.00 |
| VERIZON BY AMERICAN INFOSOURCE AS<br>Acct: 0001 | 603.46 | 0.00 | 0.00 | 0.00 |
| EDFINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |

| 25-20290 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 3 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | |
| Acct: 0516 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PNC BANK NA | 7,184.58 | 0.00 | 0.00 | 0.00 |
| Acct: 7010 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 157.09 | 0.00 | 0.00 | 0.00 |
| Acct: 6970 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JAVARDIAN LAW OFFICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KATIE MAKOWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

*** N O N E * * *

| TOTAL PAID TO CREDITORS | | 5,533.97 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 0.00 | |
| SECURED | 127,869.70 | |
| UNSECURED | 74.777.14 | |

Date: 12/10/2025

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com